Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Kelissa Ronquillo

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LYFT, INC., FIRST IMPRESSIONS MARKETING GROUP, L.L.C. and BOOMSOURCING, LLC,<br><br>Defendants. | Case No. 19-cv-01230-BEN-BGS<br><br>**NOTICE OF SETTLEMENT WITH LYFT, INC.** |

//

//

//

NOTICE IS HEREBY GIVEN that the claims against Lyft, Inc. have been resolved on individual basis. The parties anticipate filing a Request for Dismissal of the claims against Lyft, Inc. with prejudice as to the named Plaintiff and without prejudice as to the Putative Class within 60 days. Plaintiff requests that all pending dates and filing requirement be vacated *as to Lyft, Inc., only,* and that the court set a deadline on or after December 14, 2019 for filing a Request for Dismissal.

Date: October 15, 2019      **KAZEROUNI LAW GROUP, APC**

By: /s/ Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*

Date: October 15, 2019      **BAKER & HOSTETLER LLP**

By: /s/ Teresa C. Chow
Teresa C. Chow, Esq.
*Attorneys for Defendant*

## *CERTIFICATION OF SIGNATURE & SERVICE*

I, Yana Hart, hereby certify that I have confirmed that the content of this Notice is acceptable to Teresa C. Chow, by obtaining her authorization to apply her electronic signature hereon. I further certify that this document is being served on the date below via CM/ECF system on all counsel of record.

Date: October 15, 2019      **KAZEROUNI LAW GROUP, APC**

By: /s/ Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*