UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., FIRST IMPRESSIONS MARKETING GROUP, LLC, and BOOMSOURCING, LLC,<br><br>Defendants. | Case No.: 3:19-cv-1230-BEN-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT FIRST IMPRESSIONS MARKETING GROUP, LLC AND GRANTING LEAVE TO AMEND COMPLAINT [Doc. 13]** |

Plaintiff Kelissa Ronquillo and Defendant First Impressions Marketing Group, LLC jointly move to dismiss Defendant First Impressions Marketing Group, LLC *only* without prejudice.[1] In addition, the parties jointly request leave to amend the Complaint to include the correct entity, First Impression Interactive, Inc. The motion is **GRANTED**, and Defendant First Impressions Marketing Group, LLC is **DISMISSED without prejudice**.

---

[1] Defendant Boomsourcing, LLC has not yet responded to the Complaint or otherwise appeared in this action. On October 15, 2019, the parties notified the Court of Plaintiff and Defendant Lyft's settlement.

1

Plaintiff may amend her Complaint within 5 days of this Order, but only to substitute First Impressions Interactive, Inc. for the previously and mistakenly named Defendant First Impressions Marketing Group, LLC.

**IT IS SO ORDERED.**

Date: October 21, 2019

_____
HON. ROGER T. BENITEZ
United States District Judge