Yana Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Kelissa Ronquillo

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| KELISSA RONQUILLO, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Lyft, Inc., First Impressions Marketing Group, L.L.C. and Boomsourcing, LLC, <br><br> Defendants. | Case No.: 3:19-cv-01230-BEN-BGS <br><br> **JOINT MOTION FOR DISMISSAL OF DEFENDANT, LYFT, INC., ONLY, WITH PREJUDICE AS TO PLAINTIFF WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** <br><br> **HON. ROGER T. BENITEZ** |
|---|---|

    Plaintiff KELISSA RONQUILLO and Defendant, LYFT, INC. (collectively the "Parties") hereby move this Court to dismiss Defendant LYFT, INC. *only* from the above entitled action with prejudice as to Plaintiff, without prejudice as to the putative class.

    WHEREFORE, the Parties respectfully request that this Court dismiss the Defendant LYFT, INC., *only* from the above entitled action with prejudice as to Plaintiff, without prejudice as to the putative class.

Respectfully submitted,

Dated: December 13, 2019     **KAZEROUNI LAW GROUP, APC**

                              By: s/Yana A. Hart
                                  Yana A. Hart
                                  *Attorneys for Plaintiff*

Dated: December 13, 2019     **BAKERHOSTELLER**

                              By: s/Paul Karlsgodt
                                  Paul Karlsgodt
                                  *Attorneys for Lyft, Inc.*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Paul Karlsgodt, counsel for Lyft, Inc., and that I have obtained his authorization to affix his electronic signature to this document.

Dated: December 13, 2019     **KAZEROUNI LAW GROUP, APC**

                              By: s/Yana A. Hart
                                  Yana A. Hart
                                  *Attorneys for Plaintiff*