FILED

DEC 1 7 2019

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO,<br>individually and on behalf of all others<br>similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br>FIRST IMPRESSIONS MARKETING<br>GROUP, LLC, and<br>BOOMSOURCING, LLC,<br><br>                          Defendants. | Case No.: 3:19-cv-1230-BEN-BGS<br><br>**ORDER GRANTING JOINT<br>MOTION TO DISMISS<br>DEFENDANT LYFT, INC.**<br>[Doc. 24] |

Plaintiff Kelissa Ronquillo and Defendant Lyft, Inc. jointly move to dismiss Defendant Lyft, Inc., only.  The motion is **GRANTED**, and Defendant Lyft, Inc. is **DISMISSED** with prejudice as to Plaintiff and without prejudice as to the putative class.

**IT IS SO ORDERED.**

Date: December /6, 2019

HON. ROGER T. BENITEZ
United States District Judge

1