Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
Kelissa Ronquillo

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelissa Ronquillo,<br><br>    Plaintiff,<br><br>v.<br><br>Lyft, Inc., First Impressions Marketing Group, L.L.C., Boomsourcing, LLC, and First Impressions Interactive, Inc.,<br><br>    Defendants. | **Case No.: 3:19-cv-01230-BEN-BGS**<br><br>**NOTICE OF SETTLEMENT AS TO BOOMSOURCING, LLC** |

//
//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that Plaintiff has settled her claims against Defendant BOOMSOURCING, LLC *only*.  The Plaintiff anticipates filing a Request for Dismissal, as to Defendant BOOMSOURCING, LLC, *only,* with prejudice, within 60 days. The action remains pending with regard to the remaining defendants

Respectfully submitted,

Date:  January 29, 2020         **KAZEROUNI LAW GROUP, APC**

                                By:  s/ Yana A. Hart
                                     Yana A. Hart
                                     *Attorneys for Plaintiff*

Date:  January 29, 2020         **ALLEN, MITCHELL & ALLEN PLLC**

                                By:  s/ Eric Allen
                                     Eric Allen
                                     *Attorneys for Defendant*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Eric Allen, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Date:  January 29, 2020         **KAZEROUNI LAW GROUP, APC**

                                By:  s/Yana A. Hart
                                     Yana A. Hart
                                     *Attorneys for Plaintiff*