FILED

MAR 27 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

KELISSA RONQUILLO, individually
and on behalf of others similarly situated,

Plaintiff,

v.

LYFT, INC.; FIRST IMPRESSIONS
MARKETING GROUP, L.L.C.;
BOOMSOURCING, LLC; and FIRST
IMPRESSIONS INTERACTIVE, INC.,

Defendants.

Case No.: 3:19-cv-01230-BEN-BGS

**ORDER GRANTING JOINT
MOTION TO DISMISS
DEFENDANT BOOMSOURCING,
LLC**

**[Doc. No. 43.]**

Having read and considered the Joint Motion for Dismissal filed by Plaintiff Kelissa Ronquillo ("Plaintiff") and Defendant Boomsourcing, LLC ("Defendant"), and good cause appearing,

**IT IS HEREBY ORDERED:**

The Joint Motion for an Order dismissing Defendant Boomsourcing, LLC without prejudice is hereby **GRANTED.** Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2020

HON. ROGER T. BENITEZ
United States District Judge

1