Yana Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Kelissa Ronquillo

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kelissa Ronquillo**, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>**Lyft, Inc., First Impressions Marketing Group, L.L.C., Boomsourcing, LLC**, and **First Impressions Interactive, Inc.**,<br><br>                    Defendants. | **Case No.: 3:19-cv-01230-BEN-BGS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF  DEFENDANT FIRST IMPRESSIONS INTERACTIVE, INC.,  ONLY, WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS, PURSUANT TO F.R.C.P. 41(a)(1)(ii)**<br><br> **HON.  ROGER T. BENITEZ** |

//

1

Plaintiff KELISSA RONQUILLO hereby moves this Court to dismiss Defendant FIRST IMPRESSIONS INTERACTIVE, INC. *only* from the above entitled action without prejudice as to Plaintiff and without prejudice as to the putative class, pursuant to F.R.C.P. 41(a)(1)(ii).

WHEREFORE, Plaintiff requests that this Court dismiss the Defendant FIRST IMPRESSIONS INTERACTIVE, INC. *only* from the above entitled action without prejudice as to Plaintiff and without Prejudice as to the putative class, pursuant to F.R.C.P. 41(a)(1)(ii).

Dated: September 21, 2020               **KAZEROUNI LAW GROUP, APC**

                                        By:  s/Yana A. Hart
                                            Yana A. Hart
                                            *Attorney for Plaintiff*